USCA1 Opinion

 

 [NOT FOR PUBLICATIONNOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First CircuitNos. 99-1092 99-1376 99-1581 SANDRA SINGER, Plaintiff, Appellant, v. GEORGE DAVIS, JOINT VENTURE, PRIMO REALTY TRUST, DAVIS LIQUIDATIONS TRUST, DIANA DAVIS, Defendants, Appellees. APPEALS FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Robert E. Keeton, U.S. District Judge] Before Selya, Boudin and Lynch, Circuit Judges.      Sandra M. Singer on brief pro se. Stewart A. Engel on brief for appellees.September 16, 1999 Per Curiam. Upon review of the briefs and record, we conclude that the district court properly dismissed plaintiff's complaint. The issues raised, even were they not vague and unsupported, were inextricably intertwined with review of the state court proceedings. Accordingly, the district court lacked jurisdiction to consider those claims. See District of Columbia Court of Appeals v. Feldman, 460 U.S. 462, 476 (1983); Rooker v. Fidelity Trust Co., 263 U.S. 413, 415-16 (1923); Lancellotti v. Fay, 909 F.2d 15, 17 (1st Cir. 1990).  Plaintiff's vague and unsupported allegations of denial of due process did not require any other result, and we find no merit in plaintiff's specific appellate arguments to the contrary. Affirmed. See 1st Cir. Loc. R. 27.1.